JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES T. TESHIMA, in individual and representative capacity as trustee of The James T. Teshima Separate Property Living Trust dated June 19, 2017; CARL'S JR. RESTAURANTS LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>        Defendant. | Case No. CV 19-07012-AB (RAOx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

1       This Court retains full jurisdiction over this action and this Order shall not
2 prejudice any party to this action.

4 Dated:  August 12, 2020     _____
5                            ANDRÉ BIROTTE JR.
6                            UNITED STATES DISTRICT JUDGE